No. 605. FLYNN *v.* BOWLES, PRICE ADMINISTRATOR. February 28, 1944. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Evelyn Flynn, pro se. Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 623. BODELL, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Ira Lloyd Letts* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Joseph M. Jones,* and *Miss Helen R. Carloss* for respondent.

No. 629. BRYAN ET AL. *v.* CREAVES. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leon M. Despras* for petitioners. *Mr. Jacob Levy* for respondent.

No. 630. EDWARD G. BUDD MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry S. Drinker* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr.* and *Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 631. COHEN ET AL. *v.* YOUNG ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer*